C. A. Nos. 1963, 1964. STATE *v.* VITO N. RUSSO. Motion of Public Defender to withdraw as counsel for defendant is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff.